SLIP OPINION

Cite as 2016 Ark. 313

# SUPREME COURT OF ARKANSAS

IN RE COMMITTEE ON MODEL
JURY INSTRUCTIONS–CIVIL

**Opinion Delivered** September 15, 2016

## PER CURIAM

Chris Averitt, Esq., of Jonesboro, Neil Chamberlin, Esq., of Little Rock, Chip Chiles IV, Esq., of Little Rock, Scott Hickam, Esq., of Hot Springs, and Lyn Pruitt, Esq., of Little Rock are reappointed to the Supreme Court Committee on Model Jury Instructions–Civil for three-year terms to expire on September 30, 2019. The court thanks these lawyers for their continued service on this important committee.